# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:25-mj-821 |
| Francisco Javier Solano Sanchez, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _October 7_ , _2025_ , at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _JOHN D. EARLY_ , in Courtroom _6A_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: October 6, 2025

U.S. ~~District Judge~~/Magistrate Judge
JOHN D. EARLY